THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES H. MAIRS and Others v. CHARLES L. CRAIG, as Comptroller, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of LOUISA VARET, Deceased.— Motion to dismiss appeal denied, without costs.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of ALBERT I. SIRE, an Attorney.— Reference ordered to Hon. John J. Freedman, official referee.   Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of ALEXANDER L. KENNEY, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee.   Order to be settled on notice.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LEO FEIST, INC., Respondent, v. COLUMBIA GRAPHOPHONE COMPANY, Appellant.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ABRAHAM SOSNOFSKY, an Infant, by MORRIS SOSNOFSKY, His Guardian ad Litem, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MORRIS SOSNOFSKY, Appellant, v. THE CITY OF NEW YORK, Respondent. — Order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

AMOS L. PRESCOTT, Respondent, v. JOSEPH J. O'DONOHUE, JR., and Others, Defendants, Impleaded with ALWYN BALL, JR., Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN J. FLANAGAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MYRA A. FLANAGAN, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CITY INVESTING COMPANY, Respondent, v. JOHN GERKEN, Appellant, Impleaded with JAMES O'DONNELL and Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer in five days on payment of said costs and ten dollars costs at Special Term.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.